

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-19-00064-CV

SIMONE BARRON AND WALID YAMMINE, Appellants

v.

ISSAM AL SHMAISANI AND SHARON SMITH, Appellees

§ On Appeal from the 348th District Court

§ of Tarrant County (348-264569-13)

§ June 3, 2021

§ Opinion by Justice Kerr

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the trial court's judgment is reversed and rendered in part, reversed and remanded in part, and affirmed in part. We reverse and render the trial court's award to Appellee Sharon Smith of $21,265 from Appellant Simone Barron. We reverse the awards of attorneys' fees to Appellee Issam Al Shmaisani and remand those issues to the trial court for a new trial. In all other respects, we affirm the trial court's judgment.

It is further ordered that Appellants Simone Barron and Walid Yammine pay sixty-five percent of the costs of this appeal, that Appellee Issam Al Shmaisani pay thirty percent of the costs of this appeal, and that Appellee Sharon Smith pay five percent of the costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By _/s/ Elizabeth Kerr_____
    Justice Elizabeth Kerr